**B6A (Official Form 6A) (12/07)**

In re  Marguerite R. Billbrough, P.C.  Case No. 15-12338(JKF)
           **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

                                                                                     Total       0.00

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Monday, May 04, 2015, at 14:24:21 - 31925-302Y-*****

B6B (Official Form 6B) (12/07)

In re  Marguerite R. Billbrough, P.C.                     Case No.  15-12338(JKF)
                    **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>PNC Bank<br>Acct No.xxx-8506 | | 1,021.49 |
| | | Checking Account<br>Beneficial Bank<br>Acct No. XXXX-3394 | | 11,352.99 |
| | | Checking Account<br>Beneficial Bank<br>P/R Acct- No. xxxx-3402 | | 39.48 |
| | | Checking Account<br>Wells Fargo Bank<br>Acct No. XXX-3350 | | 611.07 |
| | | Checking Account<br>Wells Fargo Bank<br>Acct No. XXXX-1016 | | 499.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

In re   Marguerite R. Billbrough, P.C.     Case No. 15-12338(JKF)
       **Debtor**     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable ooutstanding | | 137,255.02 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Loan Advances made to MLB, LLC<br>Money lent by PC to Real Estate entity | | 104,869.07 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Monday, May 04, 2015, at 14:24:21 - 31925-302Y-*****

In re   Marguerite R. Billbrough, P.C.                          Case No.   15-12338(JKF)
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous Office Equipment, Furnishings, supplies<br>1553 Chester Pike<br>Crum Lynne, PA | | 4,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and technical Equipment used in practice<br>1553 Chester Pike<br>Suite 101<br>Crum Lynne, PA 19022 | | 4,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached    Total  $   264,648.40

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re: Marguerite R. Billbrough, P.C.,  
**Debtor**

Case No. 15-12338(JKF)  
**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| | | | Subtotal ▷ (Total of this page) | | | | $ 0.00 | $ 0.00 |
| | | | Total ▷ (Use only on last page) | | | | $ 0.00 | $ 0.00 |

__0__ continuation sheets attached

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (04/13)**

In re _Marguerite R. Billbrough, P.C._____,   Case No. _15-12338(JKF)_____
                Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

    *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re __Marguerite R. Billbrough, P.C._____,   Case No.__15-12338(JKF)_____
                              Debtor                                                          (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___0___ **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re  Marguerite R. Billbrough, P.C.  ,   Case No. 15-12338(JKF)
                    Debtor                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ABB Optical Group <br> PO Box 504546 <br> St. Louis, MO 63150-0001 | | | Incurred: 2/27/2015-4/6/2015 | | | | 1,098.58 |
| ACCOUNT NO. <br> Aetna Life Ins. Company <br> PO Box 7247-0213 <br> Philadelphia, PA 19170-0213 | | | Incurred: 4/3/2015 | | | | 2,730.00 |
| ACCOUNT NO. <br> Anago of Philadelphia <br> 404 West Ridge Pike, Suite 500 <br> Conshohocken, PA 19428 | | | Incurred: 3/1/2015-4/6/2015 | | | | 980.20 |
| ACCOUNT NO. <br> Baroni Building Company <br> PO Box 45 <br> Villanova, PA 19085 | | | Incurred: 3/9/2015 | | | | 371.00 |

   9   continuation sheets attached                                      Subtotal ▷    $      5,179.78

                                                                                         Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.              ,    Case No.  15-12338(JKF)
              **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bio-Tissue, Inc.<br>8305 NW 27th Street, Suite 101<br>Doral, FL 33122-1934 | | | Incurred: 11/28/2014 | | | | 949.00 |
| ACCOUNT NO.<br>BMT Leasing, Inc.<br>PO Box 692<br>Bryn Mawr, PA 19010 | | | Equipment Lease<br>Current payment | | | | 1,190.65 |
| ACCOUNT NO.<br>Charles J. Ozeck, CPA<br>601 West Callowhill Street<br>Perkasie, PA 18944 | | | Incurred: 4/11/2014-4/6/2015<br>Pre-Petition Accountng Services | | | | 6,327.00 |
| ACCOUNT NO.<br>Comcast Cable<br>PO Box 3002<br>Southeastern, PA 19398-3002 | | | Incurred: 3/15/2015 | | | | 526.68 |
| ACCOUNT NO.<br>Crozer Chester Medical/Dental Staff<br>One Medical Center Blvd.<br>Upland, PA 19013-3995 | | | | | | | 200.00 |

Sheet no. 1 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ 9,193.33

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.                    ,     Case No.  15-12338(JKF)
                     **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Deer Park <br> PO Box 856192 <br> Louisville, KY 40285-6192 | | | | | | | 82.36 |
| ACCOUNT NO. <br> Dr. Jeremy Aikey, D.O. <br> 4000 Gypsy Lane #238 B2 <br> Philadelphia, PA 19129 | | | Incurred: 12/31/2014-4/6/2015 | | | | 12,740.11 |
| ACCOUNT NO. <br> Dr. Lauren Richards, OD <br> 115 Delancy Place <br> Plymouth Meeting, PA 19462 | | | | | | | 1,040.05 |
| ACCOUNT NO. <br> Eastern Answering Service <br> 40 East Baltimore Avenue <br> Lansdowne, PA 19050 | | | Incurred: 2/17/2015-4/6/2015 | | | | 568.07 |
| ACCOUNT NO. <br> Fox Rothschild, LLP <br> 10 Sentry Parkway, Suite 200 <br> PO Box 3001 <br> Blue Bell, PA 19422-3001 | | | Incurred: 10/23/2013-4/6/2015 | | | | 53,398.69 |

Sheet no. 2 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷  $  67,829.28

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.    ,   Case No.  15-12338(JKF)
        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Foxfire Systems Group<br>3605 West Teem Drive<br>Sioux Falls, SD 57107 | | | Incurred: 2/4/2015-4/6/2015<br>EMR & Billing Services | | | | 15,767.19 |
| ACCOUNT NO.<br>HealthCare Consulting, Inc.<br>140 West Germantown Pike<br>Suite 200<br>Plymouth Meeting, PA 19462-1421 | | | | | | | 3,751.50 |
| ACCOUNT NO.<br>Iron Mountain<br>1000 Campus Drive<br>Collegeville, PA 19426 | | | | | | | 24.65 |
| ACCOUNT NO.<br>John Patrick Publishing Co.<br>PO Box 5469<br>Trenton, NJ 08638-0469 | | | | | | | 414.79 |
| ACCOUNT NO.<br>JPS Medical Waste<br>5038A West Chester Pike<br>PO Box 788<br>Edgemont, PA 19028 | | | Incurred: 3/12/2015-4/6/2015 | | | | 119.00 |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 20,077.13

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.                     ,   Case No.  15-12338(JKF)
         **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>M & T Bank<br>PO Box 62146<br>Baltimore, MD 21264-2146 | | | Unsecured loan | | | | 91,939.16 |
| ACCOUNT NO.<br>Madison Capital Eqpt & Vehicle Financing<br>11433 Cronridge Drive, Suite F<br>Owings Mills, MD 21117-2294 | | | | | | | 669.92 |
| ACCOUNT NO.<br>Marguerite R. Billbrough<br>603 Columbia Mills Court<br>Wallingford, PA 19082 | | | Incurred: Various<br>Loans to MRB,PC | | | | 96,095.48 |
| ACCOUNT NO.<br>Marguerite R. Billbrough<br>603 Columbia Mills Court<br>Wallingford, PA 19082 | | | Sole Shareholder/Equity | | | | 100.00 |
| ACCOUNT NO.<br>Market Hatch Co., Inc.<br>759 S. Broadway Street<br>Akron, OH 44311 | | | | | | | 84.16 |

Sheet no.  4  of  9  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $ 188,888.72

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.          ,          Case No.  15-12338(JKF)
          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mobile Diagonostic, Inc. <br> 310 Cottman Street <br> Jenkintown, PA 19046 | | | | | | | 2,965.00 |
| ACCOUNT NO. <br> NextGen Heallthcare Info Systems, Inc. <br> PO Box 809390 <br> Chicago, IL 60680-9390 | | | | | | | 27,505.11 |
| ACCOUNT NO. <br> Nixon Uniform Services, Inc. <br> 500 Centerpoint Blvd. <br> New Castle, DE 19720-8106 | | | | | | | 260.56 |
| ACCOUNT NO. <br> Oliver Mechanical <br> 101 Waverly Avenue <br> Morton, PA 19070 | | | | | | | 978.35 |
| ACCOUNT NO. <br> Orkin, Inc. <br> 100 Henderson Dr. Bay103 <br> Sharon Hill, PA 19079-1033 | | | | | | | 90.12 |

Sheet no. 5 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 31,799.14

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.  ,  Case No.  15-12338(JKF)
        **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PECO Energy <br> PO Box 37629 <br> Philadelphia, PA 19101 | | | | | | | 3,215.00 |
| ACCOUNT NO. <br> Pennsylvania Optometric Assn. <br> 218 North Street <br> Harrisburg, PA 17101 | | | | | | | 715.25 |
| ACCOUNT NO. <br> Phillips Medical Gas Services <br> PO Box 172 <br> Middletown, DE 19709 | | | | | | | 1.00 |
| ACCOUNT NO. <br> PNL Newco II, LLC <br> 2100 Ross Avenue, Suite 2900 <br> Dallas TX 75201 | | | Incurred: 2/18/2005;2/18/2008 <br> Lender in due course | | | | 266,974.72 |
| ACCOUNT NO. <br> Purchase Power <br> PO Box 371874 <br> Pittsburgh, PA 15250-7874 | | | | | | | 226.40 |

Sheet no. 6 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 271,132.37

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.          ,  Case No.  15-12338(JKF)
         **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Review of Ophthalmology PO Box 2026 Skokie, IL 60076-7926 | | | | | | | 63.00 |
| ACCOUNT NO. Southeastern Economic Development Co of PA 737 Constitution Drive Exton, PA 19341 | | | Incurred: 8/1/2007 Guaranty on Commerical Real Estate Loan | | X | | 1,244,974.24 |
| ACCOUNT NO. Sterns Bank PO Box 750 Albany, MN 56307-0750 | | | Equipment Financing | | | | 305.31 |
| ACCOUNT NO. TCF Eqpt. Finance, Inc. 1111 West San Marnan Drive Waterloo, IA 50701 | | | | | | | 757.03 |
| ACCOUNT NO. Techguides PO Box 276 Swarthmore, PA 19081 | | | | | | | 9,154.21 |

Sheet no. 7 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 1,255,253.79

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Marguerite R. Billbrough, P.C.            ,            Case No.  15-12338(JKF)
         **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> The Compounding Company <br> 750 4th Street SW <br> Hickory, NC 28602 | | | | | | | 514.50 |
| ACCOUNT NO. <br> Verizon Wireless <br> PO Box 25505 <br> Lehigh Valley, PA 18002-5505 | | | | | | | 101.17 |
| ACCOUNT NO. <br> W.B. Mason Co., Inc. <br> PO Box 981101 <br> Boston, MA 02298-1101 | | | | | | | 564.78 |
| ACCOUNT NO. <br> Wage Works <br> 10375 Baldev Court <br> Mequon, WI 53092 | | | | | | | 125.00 |
| ACCOUNT NO. <br> Wells Fargo Bank <br> PO Box 6426 <br> Carol Stream, IL 60197-6426 | | | Business Line of Credit | | | | 77,640.72 |

Sheet no. 8 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ $ 78,946.17

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re Marguerite R. Billbrough, P.C., Case No. 15-12338(JKF)
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wilson Ophthalmic Corporation<br>PO Box 676101<br>Dallas, TX 75267-6101 | | | | | | | 543.98 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 543.98

Total $ 1,928,843.69

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  Marguerite R. Billbrough, P.C.                    Case No.  15-12338(JKF)
              **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BMT Leasing, Inc.<br>PO Box 692<br>Bryn Mawr, PA 19010 | Equipment Financing<br>$1190.65 p/m ending 2/15/2019 |
| Madison Capital Eqpt & Vehicle Financing<br>11433 Cronridge Drive, Suite F<br>Owings Mills, MD 21117-2294 | Equipment Financing<br>$669.92 p/m ending 10/26/2017 |
| Sterns Bank<br>PO Box 750<br>Albany, MN 56307-0750 | Equipment Financing<br>$305.31 p/m ending 9/25/2017 |
| TCF Eqpt. Finance, Inc.<br>1111 West San Marnan Drive<br>Waterloo, IA 50701 | Eqpt Financing<br>757.03 p/m ending 5/16/2016 |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re   Marguerite R. Billbrough, P.C.                              Case No.   15-12338(JKF)
                             **Debtor**                                                                 **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Marguerite R. Billbrough, M.D.<br>1553 Chester Pike, Suite 101<br>Crum Lynne, PA 19022 | PNL Newco II, LLC<br>2100 Ross Avenue, Suite 2900<br>Dallas, TX 75201 |
| Marguerite R. Billbrough, M.D.<br>1553 Chester Pike, Suite 101<br>Crum Lynne, PA 19022 | SEEDCO<br>737 Constitution Drive<br>Exton, PA 19341 |
| MLB, LLC<br>1553 Chester Pike<br>Crum Lynne, PA 19022 | SEEDCO<br>737 Constitution Drive<br>Exton, PA 19341 |
| Ridley Crossing Surgical Center, LLC<br>1553 Chester Pike<br>Crum Lynne, PA 19022 | SEEDCO<br>737 Constitution Drive<br>Exton, PA 19341 |
| MLB, LLC<br>1553 Chester Pike<br>Crum Lynne, PA 19022 | PNL Newco II, LLC<br>2100 Ross Avenue, Suite 2900<br>Dallas, TX 75201 |
| Ridley Crossing Surgical Center, LLC<br>1553 Chester Pike<br>Crum Lynne, PA 19022 | PNL Newco II, LLC<br>2100 Ross Avenue, Suite 2900<br>Dallas, TX 75201 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Monday, May 04, 2015, at 14:24:21 - 31925-302Y-*****